IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO JAIME,                                         No. CIV S-05-0933-GEB-CMK-P

        Petitioner,

   vs.                                                               ORDER

JEANNE WOODFORD,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 3, 2005, petitioner filed a motion seeking a "stay and abeyance" order pending resolution of his state court habeas proceeding. On August 26, 2005, petitioner filed a notice that the California Supreme Court had denied habeas relief. Petitioner has now filed a request to vacate any "stay and abeyance" order and to allow his traverse to be filed. Because the court has not ruled on petitioner's August 3, 2005, motion, petitioner's request to vacate any "stay and abeyance" order is construed as a request to withdraw the August 3, 2005, motion. So construed, the request will be granted. Petitioner's traverse has been filed. Given that respondent's answer addresses the merits of petitioner's claims, there does not appear to be any need for respondent to file a supplemental answer.

1

Accordingly, IT IS HEREBY ORDERED that petitioner's August 3, 2005, motion is withdrawn and this case stands submitted on the merits.

DATED: November 14, 2005.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE